# Exhibit 15

# Email from Collin Hilley to Monica Ward (Aug. 22, 2022)

| | |
|---|---|
| **From:** | Colin Hilley <colin.hilley@life.edu> |
| **Sent:** | Monday, August 22, 2022 10:36 AM |
| **To:** | Monica Ward |
| **Cc:** | Lisa Reed; William D Jarr |
| **Subject:** | Ron Brown |

Morning Monica,

Ron left 8.12.22 @8:24am claiming his chest hurt- discarded from doctors office visit at 12:05pm. Time card states he was here from 6am-12pm and then from 1pm to 3pm. Please confirm this with an audit of ADP.

Never returned to work.

Below are documented text exchanges demonstrating this timeline:



LIFE 000054



Ron also verbally berated an employee on 8.17.22 which I personally witnessed:

3

LIFE 000055



# Life University

**Colin Hilley**

Director of Facilities Management

1269 Barclay Circle, Marietta, GA | 30060

**Office:** 770.426.2873 x 2873

**Cell:** 678.590.9146

